**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:26-cv-00433-MEO-DCK**

| | |
|---|---|
| DELANDA ROBERTSON, *on behalf of herself and all others similarly situated,* | ) |
| Plaintiff, | ) |
| v. | ) |
| JGW DEBT SETTLEMENT, LLC and THE J.G. WENTWORTH COMPANY, LLC, | ) |
| Defendants. | ) |

**Declaration of Delanda Robertson in Support of Plaintiff's Opposition to Defendants' Rule 12(b)(2) Motion**

I, Delanda Robertson, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen and competent to testify, I have personal knowledge of the facts below, and I submit this declaration in support of my opposition to Defendants' Rule 12(b)(2) Motion.

2. During December 2025 and January 2026, I resided in Mecklenburg County, North Carolina, and I was physically present in North Carolina each time I received the telephone calls at issue.

3. On February 23, 2026, I dialed the same telephone number from which those calls had come. Within minutes, I received the email attached as Exhibit A, which is a true and correct copy of the email as I received it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026.

Delanda Robertson

Delanda Robertson

# EXHIBIT
# A

From: **Elizabeth Mazzuca** <emazzuca@jgwentworth.com>
Date: Mon, Feb 23, 2026, 3:57 PM
Subject: Thank you for contacting JG Wentworth
To: delandarobertson@gmail.com <delandarobertson@gmail.com>

JG WENTWORTH®

Hi Delanda,

Congratulations on taking the first step to finding a solution to your debt!

With just a short phone call, we can help you determine the best course of action to relieve you from the stress and anxiety of your current situation while guiding you on a path to financial freedom.

If it is during business hours, one of our Certified Debt Specialists will contact you to briefly introduce our company and explain exactly how our program works and if it will meet your long term financial goals.

Give us a call today to get started: **1-888-570-5014**

We look forward to speaking with you soon!

Sincerely,
WebFormPosting

Debt resolution services are provided by JGW Debt Settlement, LLC. Debt settlement program results will vary by individual situation. Not all debts are eligible for enrollment. JG Wentworth does not pay or assume any debts or provide legal, financial or tax advice or credit repair services. You should consult with

independent professionals for such advice or services. Please visit jgwentworth.com for information regarding services that JG Wentworth provides.

JG Wentworth does not pay or assume any debts or provide legal, financial or tax advice or credit repair services. You should consult with independent professionals for such advice or services. Please consult with a bankruptcy attorney for more information on bankruptcy.

This is an advertisement.

Privacy Policy

*[Unsubscribe]*

© 2024 JG Wentworth, All rights reserved.
1200 Morris Drive, Chesterbrook, PA 19087